## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBEN ISRAEL RIVERA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-142 Erie |
| FRANKLIN J. TENNIS, et al., | ) |
| Respondents. | ) |

### MEMORANDUM ORDER

This motion for leave to proceed in forma pauperis was received by the Clerk of Court on June 28, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on July 10, 2006, recommended that Petitioner's Motion [Doc. No. 1] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 1st day of August, 2006;

IT IS HEREBY ORDERED that the Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 1] is DENIED.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on July 10, 2006, is adopted as the opinion of the Court.

                                                    s/   Sean J. McLaughlin
                                                    United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge